FILED
DISTRICT COURT OF GUAM

# UNITED STATES DISTRICT COURT

JUL 0 6 2022

for the

_____ District of _Guam_

JEANNE G. QUINATA
CLERK OF COURT

_____ Division

Joseph A. Stanford
and Softwho
_____
Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Microsoft Inc.
Cisco Systems Inc.
Software (OEM firms)
_____
Defendant(s)

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

(At Large), financial institutions
(At Large), Bandwidth firms

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   22-00015
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   [ ] Yes   [ ] No

## COMPLAINT FOR A CIVIL CASE

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

Name                Softwho and Joseph A. Stanford
Street Address      127 Biradan Sali Unit 10
City and County     Dededo, Guam 96927
State and Zip Code
Telephone Number    671-633-1952
E-mail Address      general@softwho.us

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

ORIGINAL

Defendant No. 1

    Name — Microsoft Inc.

    Job or Title *(if known)*

    Street Address — 1 Redmond Way

    City and County — Redmond, Washington

    State and Zip Code — Washington, 59720

    Telephone Number

    E-mail Address *(if known)* — Board of Directors @ microsoft.com

Defendant No. 2

    Name — Cisco Systems Inc. (At large)

    Job or Title *(if known)* — n/a

    Street Address — Palo Alto, CA

    City and County — Palo Alto

    State and Zip Code — CA

    Telephone Number

    E-mail Address *(if known)* — @ ciscosystems.com

Defendant No. 3

    Name — Financial Institutions (At large)

    Job or Title *(if known)* — n/a

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name — Bandwidth Manufacturers (at large)

    Job or Title *(if known)* — n/a

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1. Amendment IV life, liberty, or property
2. Amendment XIII Economic due process
3. Patent Infringement 27 510
4. Detrimental reliance Act 2010

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____

    _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

______________________________________________

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(1.) Defendants responsible for trade commerce losses of self and society of consent each other collides.

(2.) Defendants created permanent fixing in Hold patterns [illegible] gross mislead consent each other consent [illegible] while presented years of opportunities of property and District responsible for all documents owned [illegible]

(3.) Defendants conducts of [illegible] negated [illegible]

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

[illegible] 1,000,000,000 Billion dollars [illegible]

(1) requests the act of business elsewhere Humanitarian damages [illegible]

(2) requests damages to life and punitive responsible for replacement trade commerce

(3) request damages of replacement [illegible] national equals of losses be paid.

(4) request damages compensation of false statements [illegible] enforced by clarification of [illegible] be paid.

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    6/24/2022. /7/6/2022.

Signature of Plaintiff    _Joel A. Stanford_

Printed Name of Plaintiff    JOSEPH A. STANFORD.

**B.    For Attorneys**

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____